State of New Mexico
U.S. Federal District Court

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUL 25 2016
MATTHEW J. DYKMAN
CLERK

Augustin F. Granado Jr.
Petitioner

No: 16cv859 KG/SCY

vs.

Warden's at L.C.C.F., Otero County Prison Facility, Santa Fe P.N.M. South, the N.M.D.O.C., S.T.I.U., Corrizon Medical Staff all, + now in addition Centurion Medical Services, All staff for them aswell, Security staff at L.C.C.F., property, classificatord's, grievance officer's, Chaplain, All in their personal + professional capacity's. et al.
Defendents

Motion: For Preemptory Writ of Mandamus. Pro Se Petition Pursuant to the New Mexico Constitution Article VI. Section 13 and N.M.S.A. 44-2-3-1978.

I Augustin F. Granado Jr., Pro se, acting as his/her own counsel, moves the court to:

#1 Order the Santa Fe 1st Judicial District Court to rule on Motion's set forth by the Petitioner in Granado vs. Franco 2016 in Habeus Corpus + Tort Claim.

#2 I ask + seek the Federal Court's intervention for the foregoing reasons.
A. If this honorable court will review All three Habeus Corpus Petition's sent in on the N.M.D.O.C., S.T.I.U., The New Mexico Public Defender's Dept Warden's on Lea, Otero, + Santa Fe County's the court at it's discretion can contact the Public Defender's offices to verify multiple 1983 Issue's + violation's across every spectrum of my Civil Right's as a United State's Citizen, An incarcerated person

The American's with Disabilities Act. Title II 42 U.S.C. §§ 12131-12134. Which Applies to all State Prison's & County Jails. Myself falling under several sections.

#1 Bi-polar I disorder.
#2 P.T.S.D. (Cronic)
#3 Anti-Social Personality Disorder
#4 Adult Attetion Deficit Disorder
#5 I hear voices
#6 I lose time
#7 Have been diagnosed as ~~so psy~~ psy chotic in the past & treated for psychosis.
#8 Found incompatant in 1998 Criminal Conviction of Capital Murder.
#9 Found a Mentally Ill Class in the N.M.D.O.C. ~~In~~ Granado vs. LeMaster's CV-2002-02128. Later to be settled as the Ayer's Agreement, In Conclusion of Classaction Lawsuit. Settled with myself per contract in 2003 for life.

#3 Now in addition to inmate threats, pain now mental & physical due to

the Lea County Correctional Facility. Now I am being threatened by Officers. Emergency Informal Complaint submitted on 7-14-16. On Sgt. Lopez, C.O. Richardson, L.C.C.F. Security, Psychiatry, Medical, for threat of phase 4 spraying & assault for seeking aid from psychology & or chain of command. Myself requesting psychology at this point for 2 days. Due to Nurse refusing sick call. Myself haveing severe side effect to Bi-polar medicine. I.E. Lamictal & severe sores in my mouth for the 2nd time while takeing said medicine. The 1st instance reported. At P.N.M. South & told due to stress, not medicinal side effect. But medicine is stopped. Now back at L.C.C.F. I ask for self-same medicine due to it working prior except for sores, now believed due to stress, not medicine. Re-prescribed by Dr. Neilson. Sores begin again. I complain of sores to Nurse, to Dr. Birnbaum M.D. at L.C.C.F. who does not check them, says to speak to psychiatrist for them. And allows me

to leave medical. Again refuses appropriate needed pain medicine. That was working. Upon follow up to psychiatry, emergency scheduling due to continued vomiting from Dr. Burnbaum giving so much N.S.A.I.D.s over the counter for pain to me. I cannot keep psychotropic medicines down. Vomiting in front of security & nursing staff in pill line. Ignored. I speak of sores in my mouth to psychiatry. Told now that this a life threatening side effects to my recollection never warned of this side effect, never signed waiver, now haveing it again & known to psychiatrist now & he tells me life threatening & allows me to leave medical again. I think about this. Am afraid. I attempt to see sick call. Refused sick call by Nurse Martin of Centurion Medical. I request psychology. Capt. upon own admittance does not call. Anthony Romero Deputy Secretary of Adult Correction's I speak to about pain, mental illness, vomiting non-treatment, not allowing me legal mailing's to the

1st Judicial District Court, no phone calls to them, to report not being allowed mailings to them. He threatens to send me to in essence Level III. with men he knows now for certain wish to take my life. He himself sending me to the S.N.P. program & ordering my departure from it due to threats to my life. And per Farmer vs. Brennan. Filed under in Granado vs. Franco. D-101-CV-2016-01416. In tort, & In Habeus. This does contin ue to be the norm. for myself In the N.M.D.O.C. Threats after threat, move after move, left indigent, kept indigent, (I.E.) Lea County & G.E.O. both keeping my account at a positive balance of 51¢ & a negative said balance of nearly $32.00 dollars. 7 month's prior for postage. Said not indigent due to balance left over 10¢ & not able to send legal mailings due to account frozen for debt for postage. Also causeing myself no access to canteen, legal mailings, any purchases & or dona tives either. Now left in pain, incontinance

now nausea & vomitting of needed psychotropic medicines & life threatening side effects & still prescribed by Dr. Neilson. Medicine I am allergic to triliptol prescribed by Dr. Burnbaum. Tried to be given for over 1 month. Me telling Nursing of allergy. Dr. told Dr. should have known. Himself asking allergy's. I tell him, he writes down allergy only to later prescribe, with zero consideration to allergy & or life or death. Either with intentional maliscious intent or by negligence & mal-practice. Dr. Burnbaum refuseing needed treatments that do work. Diliberatly & Indifferently leaving myself in severe pain, now mental pain, duress, threat, believed intentional by him. And now psychiatry too. And now h.L.C.F. security threatening harm for seeking aid. From psychology & or chain of command. Also not allowed. Grievence never returned, never answered in writtings, requests for meetings & resolutions ignored. Many complaints recorded by myself. Said never received. To deny me. Now

eagle feathers desicrated diliberatly, clipped it appears, handled by female staff, against N.M.D.O.C. policy. This one of several desicrations at L.C.C.F. now. Done even now by Major & Wardens. As show of power over me. Now Dr. Burnbaum writes false request & referral to psychiatry "stating myself a danger to myself & to others & him.". After discovery request for service address to serve him under tort & 1983. Civil Actions. Sgt. Lopez whom threatened me for asking for aid why? Myself told by Warden Smith. Pain is weakness be strong. Pawing at the air like a cat, while attempting I believe to provoke me, after taken off suicide & homocide watch. I questioning me on unprovoked assault on myself in 2015. Asking about gang activities I know not. If gang donates to charity's I do not know. Myself, yes I do. There are now direct threats made by staff at L.C.C.F. now. Dr. Burnbaum is now attempting to falsify & get psychology & psychiatry to falsify allegations

of self-injurous behavior for takeing pills, now said improperly prescribed by Nurse Kalolopi. Who now refuses to provide orders as prescribed. (I.E.) Excedrin & tylenol & indocin. As Dr. Burnbaum has them prescribed all for me to take at once. Now at pill line only, Destroying my stomach further. In effort I feel to cause myself more harm. This same Nurse never careing before for years. Now all of the sudden. Now upon suit. Now overriding a Dr.'s prescribed orders. Herself a lower liscenwed & basically lower ranked health provider. A nurse. Overiding Dr's orders. Said for over pre-scribbing, misappropriatly to much tylenol at one time. Haveing tylenol & more tylenol prescribed at same same time in excedrine migraine. This has happened this way for years. Now after years of knowledge of this action. All the sudden this Nurse ascertains a danger. And refuses outright to follow Dr's. order. Why now? And if known over prescribed, why not inform the Dr.? And how does

a nurse know this & not a Dr. And if he does. Why am I prescribed it all this way. And it can harm me. Now also Dr. Burnbaum sends security. (I.d) Sgt. Lopez in to take all K.O.P.'s. For abuse of medicine's I've informed Burnbuam the amount's & results of said amounts of takeing these N.A.I.S.D.'s as prescribed. I've told him verbally & by sick call's. And the result's. He does not care or listen until suit against him. And request for address to serve him & medical currier. Now Centurion Medical with suit.

#4 I am a mentally ill person. In pain, duress, threat by now inmate's & now security & medical staff. False reports now written, referral's, physical threat's, allowed now assaulted again & again. Even at religeous service. Reported by myself & other's. This ignored too. On 6-25-16. Should be on 2 security survelance camera's at Sweat lodge Ceremony. Public Defender's made aware. What if anything done. I do not see

it.

#6 A conflict of interest between myself & the Public Defender's Dept. declared in Habeus & Tort action's to the 1st Judicial District Court. Public Defender will not file motion's to protect me. Known needed. Will not be done or filed. And myself told not to file by Public Defender's Office.

#7 Now all Due Process's violated, in disciplinary, classification's, & grievance's. Virtually everything denied. Copying denied by disciplinary for disciplinary. Denied copying by casemanager for D.H.O., denied copying by legal access for D.H.O. Denied staff representative as per CD-policy, not provided interogatory's for review yet. Prior to hearing. Denied on the record witness testimony's by D.H.O., denied inmate record file, denied meeting's with Classification's Warden, Business Warden, mailroom supervisor, Inmate account's officer. Haveing to commit disciplinary infract

tons. Even to get this to this court. And aid in preperation to all legal proceedings & filetngs due to severe mental illness. Now virtually untreated. I've requested & sought advocacy. Submitted Motion to be provided Pro Bono or Law Student Council. And do need it. My self a severly mentally ill class in the N.M.D.O.C. And now in pain, under threats on every side & can get no intervention or action from anyone. Not being treated for pain properly, mental illness's now in effect un-treated due to nausea & vomiting. I need court intervention. I need advocacy. I have written, attempted to write, to call, every advocacy available to me. Now not known if received. I know not in receipt of response's from Disability Rights New Mexico., A.C.L.U. now, several request's to the Public Defender's Office. for record's, no response from Larry Phillips N.M.D.O.C. grievance co-ordinator. 4 letters & grievances recorded & sent to him. Never responded to. Not one single complaint & or grievance

submitted at L.C.C.F. ever returned to me. Nor meeting for resolution's requested, ever granted. To date since return to L.C.C.F.

Pain liable under the Prison Litigation reform act.

Grievance's Governed under "Civil Rights of an Incarcerated Persons Act".

Religeon under "Native American Act" 1978.

"American's with Disability's Act" Title II 42 U.S.C.

Constitutional Violation's under the 1st, 4th, 8th, 6th, 5th, 14th amendment's.

#1 For equal protection's under the law.
#2 Due Process
#3 Cruel & Unusual Punishment's

#4 Pain (mental + physical due to injury's + mental deseased) A.W.A. Request Submitted at L.C.C.F. per CD-030800.1.

#5 "Religeous Land Use for Institutionalized Person's Act."

#6. Medical Care Act.

#7 Rehabilitation Act.

#8 Health For Institutionalized Privacy & Portability Act.

#9 Diliberate, maliscious, neglegent, retaliatory action's + or threats.

#10 Medical Ethics Act.

#11 Dr's Oath to treat, regardless of patient + negligent order by a superior. If it is wrong, it's wrong. A Dr. is sworn on oath as a provider to treat. For any medical illness. Dr. Burnbaum chooses not too. And cause me diliberate suffering. Mental + Phys

ical. Wiliberatly & Indifferently. And I believe now falseifying allegations to attempt transfere & non-treatment by him.

I ask this court to Review
Granado vs. LeMasters CV200202178.
  Santa Fe County
Granado vs. Janecka Habeus 2008.
  Lea County N.M.

Granado vs. Wrigley 2015
  Lea County Habeus

Granado vs. Martinez 2016
  Otero County (Habeus)

Granado vs. Franco 2016
  Santa Fe County. (Habeus)
D-101-CV-2016-01412                    (Tort Claim)
D-101-CV-2016-01416

I cannot provide service to the defendant's due to defendant's own actions of both freezing & leaving positive balance & negative balance to deny mailing's to any court.

For service, summon's, subpeona, Motion's, council's, the N.M.D.O.C., advocacy agency's, to buy canteen, envelopes, pen's, paper, myself haveing to depend on charity of other's to even mail this document. And if not. Would not be able to mail it. Commiting disciplinary infraction's to send this to the ~~Court~~ this Court.

Certificate of Service

I do herebye state that the facts alleged, & or used are true & correct to the very best of my own knowledge & understanding. And under penalty of perjury & prosecution I do submitt them as fact. And I have requested the Clerk of this court, due to defendant's own actions to provide service upon the defendants on this 15th day of July, 2016.

_Aug[signature]_
Signature
Sent 7-15-16

ENDORSED
First Judicial District Court
JUN 1 4 2016
Santa Fe, Rio Arriba &
Los Alamos Counties
PO Box 2268
Santa Fe, NM 87504-2268

4-223. Order for free process.
[For use with Supreme Court General Rule 23-114]

**STATE OF NEW MEXICO**
**COUNTY OF** Santa Fe
**FIRST JUDICIAL DISTRICT COURT**

Augustin F. Granado Jr
Petitioner,

vs.   No. D-101-CV-2016-01412
      D-101-CV-2016-01416

Warden's Lea, Otero, + Santa Fe Prison Facility's et al
Respondent.

## ORDER ON APPLICATION FOR FREE PROCESS

**THIS MATTER** having come before the court on Petitioner's application for free process and affidavit of indigency, or upon Petitioner's attorney's certificate supporting indigency and free process pursuant to Rule 23-114(B)(2) NMRA, and the court being otherwise advised in the premises,
**FINDS** that:

[ ]   the applicant is entitled to free process in accordance with Rule 23-114(B)(2) NMRA.

[ ]   the applicant receives public assistance and is, therefore, entitled to free process.

[X]   the applicant's annual income does not exceed  185%  of the federal poverty guidelines, and the applicant is, therefore, entitled to free process.

[ ]   the applicant's annual gross income exceeds _____ of the federal poverty guidelines, but the applicant is not reasonably able to pay fees or costs and is, therefore, entitled to free process.

[ ]   on the basis of the applicant's available funds or annual income, the applicant is not entitled to free process.

**THE COURT ORDERS** that:

[X]   the filing fee is waived.

[ ]   the filing fee is waived except for the $ _____ alternative dispute resolution (ADR) fee.

[ ]   The applicant is granted free service of process by the Sheriff in _____

_____ County, New Mexico for   1   2   3   4   5   or _____ summons(es), provided that the applicant first attempts service by certified mail pursuant to Rule 1-004 NMRA.

[ ]   the applicant is granted free service by the Sheriff in _____ County, New Mexico, of a temporary restraining order or _____.

[ ]   the applicant is to pay the filing fee on _____, 20_____.

[ ]   interpretation services shall be provided to the applicant.

[ ]   free process is denied.

[ ]   Other: _____.

Unless specifically granted above, this order of free process does not include the following costs: jury fees, certification fees, subpoena fees for witnesses, witness fees for hearings or trials, mailings, long distance charges, transcripts for appeals or record proper, duplication fees for audiotapes or compact discs, copy charges, publication fees, or facsimile services. Application for all other costs are to be made to the judge assigned to your case. If the applicant prevails in this law suit and collects money by judgment or settlement, the court may order reimbursement for any waived costs. If the applicant is represented by an attorney who is paid an attorney fee, any fees or costs waived by this order must be deducted from an such attorney fee and paid to the court clerk. *This order is subject to revision, modification or recission by the judge assigned to your case.*

_____
JUDGE

Dear Clerk,                                                                                                                7-15-16

I am asking the Court's discretion & leniency in this & any filings. As I am kept unable to purchase proper materials for proceedings. Haveing to depend on the charity of others even to send filings. Due to defendent's diliberate actions & impedence to the courts. Of myself. Myself a mentally ill & incapacitated person due to mental illness. Now virtually left untreated in essence. If the Court or clerk can review all Petitions, Habeus & Tort. In addition to this one. And all applicable caselaw, & Incompatance evaluation & Granado vs. LeMaster's CU200202128 For proof of Incompatance, mental illness, or desease, in helping to Judge need of This Writ of Mandamnus. It would greatly aid myself. I am in fear of life & death & pain & injury & non-treatment to mental desease. And now maliscious intent by the Dr. & security to cause me iminent harm, And N.M.D.O.C. Officials

Thank You,

August

Wilfred Platta #646114 H4-E-103
6200 W. Millen Dr.
Hobbs N.M. 88244

Legal Mail
M/M sent 7-15-16

RECEIVED
At Albuquerque NM
JUL 25 2016
MATTHEW J. DYKMAN
CLERK

United States District Court
333 Lomas N.W. Ste 270
Albuquerque N.M. 87102

8710232274 C023

Scribbled on, dated, sealed, initialed, please send enclosed copys 2 please