IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AUGUSTIN F. GRANADO, *Jr.*,
DAVID OTERO, ERIC R. FIERRO,

    Plaintiffs,

  v.                                     No. 16-CV-00859-KG-SCY

FNU LNU, *Wardens, Lea County Correctional
Facility, Otero County Prison Facility, Santa
Fe P.N.M. South*, et al.,

    Defendants.

## FINAL JUDGMENT

This matter is before the Court on the Memorandum Opinion and Order of Dismissal, filed contemporaneously herewith, in which the Court dismissed Plaintiffs' class action claims without prejudice, dismissed Plaintiffs Otero and Fierro as parties to this action without prejudice, dismissed Plaintiff Granado's Second Amended Civil Rights Complaint [Doc. 44] with prejudice, denied all pending motions as moot, and imposed a strike against Plaintiff Granado under 28 U.S.C. § 1915(g). There being no more claims before the Court, the Court hereby enters final judgment in accordance with Fed. R. Civ. P. 58.

IT IS THEREFORE ORDERED that this civil proceeding is dismissed and final judgment is entered.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE